This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DISCOVER BANK,**

Plaintiff-Appellee,

**v.**                                                      **No. 34,022**

**PRISCILLA BAWOL,**

Defendant-Appellant,

**BAWOL FAMILY LIMITED PARTNERSHIP,**

Defendant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**James T. Martin, District Judge**

Faber & Brand, LLC
Jeffrey Graham
Columbia, MO

for Appellee

Priscilla A. Bawol
Las Cruces, NM

Pro Se Appellant

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**


_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**


_____
**M. MONICA ZAMORA, Judge**